UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TOMMIE WEBB, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) No. 4:16-CV-631 JCH |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent, | ) |

## MEMORANDUM AND ORDER

By Order dated July 25, 2016, the Court referred this case to the Federal Public Defender and provided forty-five (45) days for review to determine whether to represent movant in bringing a claim for reduction of his sentence under *Johnson v. United States*, 135 S.Ct. 2551 (2015). That time period has expired and nothing has been filed.

Accordingly,

**IT IS HEREBY ORDERED** that the Public Defender must notify the Court no later than **Friday, October, 28, 2016**, whether it intends to represent movant on this matter.

Dated this 28th day of September, 2016.

\s\ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE